UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MY PILLOW, INC.,<br><br>Defendant. | Case No. _____<br><br>**CONSENT TO SUE** |

1. I understand that this lawsuit asserts claims under the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and concerns MY PILLOW, INC. ("Defendant")'s alleged failure to pay overtime wages to me.

2. I represent that Defendant employed me as a Customer Service Representative, Call Center Agent, Sales Agent, or similar position in the last three years and did not pay me for all of my time worked, including overtime premiums for hours worked in excess of 40 per workweek.

3. Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), I hereby consent to sue.

4. I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

5. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *[signature]* Brandon Deutsch (Jan 3, 2020)

Print Name: **Brandon Deutsch**

Address: [redacted]

E-mail: [redacted]

Phone: [redacted]    Date: 01/03/20