UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRANDON DEUTSCH, individually
and on behalf of all others similarly
situated,

          Plaintiff,

v.

MY PILLOW, INC.,

          Defendant.

Case No. 20-CV-318 (SRN/ECW)

**ORDER REGARDING PRIVATE MEDIATION**

The parties in this case have been engaged in settlement discussions since August 2021. (*See* Dkts. 72, 74, 76, and 77.) The Court held a status conference regarding settlement on January 4, 2022. (Dkt. 78.) The parties informed the Court that they have continued their settlement discussions and propose that they engage in private mediation before the Honorable John Borg (Ret.) on February 2, 2022. Accordingly, **IT IS ORDERED THAT** the parties engage in private mediation before Judge Borg on or before **February 2, 2022**. If the case is not settled at the private mediation, the parties must file a proposed modified post-certification scheduling order on or before **February 12, 2022** that reflects the status of post-certification discovery and expeditiously moves the case to a close of discovery and final disposition.

Date: January 4, 2022

          *s/Elizabeth Cowan Wright*
          ELIZABETH COWAN WRIGHT
          United States Magistrate Judge