# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all others similarly situated, | Case No. 20-cv-00318 (SRN-ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| MY PILLOW, INC., | |
| Defendant. | |

This case is before the Court on the Joint Stipulation to Extend Deadlines (Dkt. 80). Having considered the Stipulation and for good cause shown, **IT IS ORDERED** that:

1. The deadline for the parties to engage in private mediation with The Honorable John Borg be extended from February 2, 2022 to March 15, 2022.

2. The deadline to submit a proposed modified post-certification scheduling order, in the event mediation is unsuccessful, be extended from February 12, 2022 to March 25, 2022.

The parties are advised that no further extensions will be granted absent extraordinary circumstances.

Dated: February 2, 2022

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge