# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>MY PILLOW, INC.,<br><br>    Defendant. | **COURT MINUTES**<br>BEFORE: Elizabeth Cowan Wright<br>U.S. Magistrate Judge<br>Courtroom 3C, St. Paul, MN |

| | |
|---|---|
| Civil Case No.: | 20-cv-318 SRN/ECW |
| Date: | July 14, 2022 |
| Court Reporter: | Erin Drost |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 11:53 a.m. |
| Time in Court: | 1 hour and 23 minutes |

APPEARANCES:

For Plaintiff:  Jacob Rusch and Zackary Kaylor

For Defendant: Janet Olawsky and Joseph Sokolowski

Hearing held on Plaintiff's Motion to Amend the First Amended Class Action Complaint (Dkt. 87).

For the reasons stated at the hearing, Plaintiff's Motion to Amend the First Amended Class Action Complaint (Dkt. 87) is **DENIED**.

**NO WRITTEN ORDER TO ISSUE**.

☐ ORDER TO BE ISSUED  ☐ NO ORDER TO BE ISSUED  ☐ R&R TO BE ISSUED  ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel

                   s/*Elizabeth Cowan Wright*
                   United States Magistrate Judge