UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MY PILLOW, INC.,<br><br>    Defendant. | Civil No. 20-cv-00318 (SRN-ECW)<br><br>**[PROPOSED] ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |

The above-captioned matter, having come before the Court on the parties' Joint Stipulation for Partial Dismissal with Prejudice,

IT IS HEREBY ORDERED:

1. Plaintiff's claims and allegations relating to unpaid time spent clocking in after breaks, including Plaintiff's claims and allegations made on behalf of those similarly situated and on behalf of the purported classes, shall be **DISMISSED WITH PREJUDICE**; and

2. Section B, "Unpaid Time Clocking In After Breaks," paragraphs 31-40, **IS HEREBY STRICKEN** from the Amended Complaint.

Dated: _____

                                                              Susan Richard Nelson
                                                              United States District Court Judge