UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC.,<br><br>Defendant. | Court File No: 20-cv-00318 (SRN-ECW)<br><br><br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

Pursuant to Local Rule 83.7(b), this is Notice that Fredrikson & Byron P.A. and attorneys Joseph M. Sokolowski, Amanda M. Mills, and Janet M. Olawsky hereby withdraw as counsel for Defendant My Pillow, Inc. in the above-captioned case and this is further Notice that attorneys Andrew D. Parker, Lori A. Johnson and Alec J. Beck of Parker Daniels Kibort LLC hereby make their appearance as substitute counsel now representing Defendant My Pillow, Inc.

This withdrawal and substitution will not delay the trial or other progress of the case.

DATED: January 19, 2023.    **FREDRIKSON & BYRON, P.A.**

　　　　　　　　　　　　　　　By */s/ Joseph M. Sokolowski*
　　　　　　　　　　　　　　　　Joseph M. Sokolowski (#0178366)
　　　　　　　　　　　　　　　　Amanda M. Mills (#0397685)
　　　　　　　　　　　　　　　　Janet M. Olawsky (#0393311)
　　　　　　　　　　　　　　　　200 South Sixth Street, Suite 4000
　　　　　　　　　　　　　　　　Minneapolis, MN 55402-1425
　　　　　　　　　　　　　　　　(612) 492-7000
　　　　　　　　　　　　　　　　jsokolowski@fredlaw.com
　　　　　　　　　　　　　　　　amills@fredlaw.com
　　　　　　　　　　　　　　　　jolawsky@fredlaw.com

DATED: January 19, 2023.            **PARKER DANIELS KIBORT LLC**

                                            By _/s/ Andrew D. Parker_
                                                Andrew D. Parker (#195402)
                                                Lori A. Johnson (#311443)
                                                Alec J. Beck (#201133)
                                                123 N. Third Street, Suite 888
                                                Minneapolis, MN 55401
                                                Telephone: (612) 355-4100
                                                Facsimile: (612) 355-4101
                                                parker@parkerdk.com
                                                johnson@parkerdk.com
                                                beck@parkerdk.com

                                            **ATTORNEYS FOR DEFENDANT MY PILLOW, INC.**