UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRANDON DEUTSCH, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MY PILLOW, INC.,<br><br>Defendant, | Case No. 20-CV-00318 (SRN-ECW)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS** |

The Court, having considered the Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs ("Attorneys' Fees Motion") [Doc. No. 208], all of the submissions and arguments with respect to the Attorneys' Fees Motion, and for good cause appearing,

**IT IS THEREFORE ORDERED**:

1. The Attorneys' Fees Motion [Doc. No. 208] is **GRANTED**;

2. The service awards to Class Representatives Brandon Deutsch and Craig Lyons in the amount of $1,000.00 each are **APPROVED**;

3. The service awards to the MPWA Class Members who participated in discovery, Thomas Arth, Susan Dols, Shandrea Jenkins, and Kelsie Mendez-Zepeta, in the amount of $250.00 each are **APPROVED**;

4. The requested payment of attorneys' fees and costs in the amount of $75,000.00 is **APPROVED**.

DATED this 13th day of May, 2024.

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge