# UNITED STATES DISTRICT COURT
## District of Minnesota

Brandon Deutsch,

    Plaintiff,

v.

My Pillow, Inc.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-318 SRN/ECW

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Joint Motion [Doc. No. 203] is **GRANTED**;

2. The Settlement Agreement as it relates to the MPWA Class is **APPROVED** as fair, reasonable, and adequate. Class Representatives and Class Counsel adequately represent the MPWA Class. The settlement is the result of arm's length negotiations between experienced counsel. There is no evidence of fraud or collusion. The settlement treats class members equitably and is adequate, considering the costs, risks, and delay of trial and appeals.

3. Each member of the MPWA Class who excluded themselves from the MPWA Class are not subject to the Settlement Agreement and are not entitled to any benefit contained in the Settlement Agreement;

4. Any member of the MPWA Class who did not request exclusion from the MPWA Class shall be bound by the Settlement Agreement;

5. The Parties are directed to implement the Settlement Agreement in accordance with its terms. The Parties shall abide by all terms of the Settlement Agreement and this Order;

6. Counsel for the Parties are hereby authorized to utilize all reasonable and mutually agreed procedures in connection with the administration of the settlement which are not materially inconsistent with either this Order or the terms of the Settlement Agreement;

7. This matter is hereby **DISMISSED WITH PREJUDICE**.

Date: 5/13/2024                                                                KATE M. FOGARTY, CLERK